Matthew M. Clarke, State Bar No. 184959
Dugan P. Kelley, State Bar No. 207347
Matthew N. Mong, State Bar No. 273337
CHRISTMAN, KELLEY & CLARKE, PC
1334 Anacapa Street
Santa Barbara, CA 93101
Telephone: (805) 884-9922
Facsimile: (866) 611-9852

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

Todd Mueller, an individual; and Todd Mueller Autographs, LLC a Colorado Limited Liability Company,

Plaintiffs,

vs.

Collectors Universe, Inc., a Delaware Corporation, doing business as PSA/DNA; James Spence Authentication LLC, a New Jersey Limited Liability Company; R&R Auction Company, LLC; Roger Epperson doing business as Signed Sealed and Delivered and Roger Epperson Authentication, Ltd; Steve Cyrkin, individually and doing business as live.autographmagazine.com; and Momentica, LLC, a California Limited Liability Company,

Defendants.

Case No.: SACV15-01116- PA-(MRWx)

**PLAINTIFFS' NOTICE OF ELECTION TO ABANDON FEDERAL CLAIM**

Honorable Judge Percy Anderson

TO THE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD: Pursuant to the Court's order dated March 7, 2016, Plaintiffs Todd Mueller and Todd Mueller Autographs, LLC hereby Abandon Plaintiffs' Federal Claim, their First Cause of Action for violations of 15 U.S.C. § 1 in their First Amended Complaint.

DATED: March 28, 2016 CHRISTMAN, KELLEY & CLARKE, PC

By: /s/ *Matthew Clarke*
Matthew M. Clarke
Dugan P. Kelley
Matthew N. Mong
Attorneys for Plaintiffs